Dennis Farrell
Din# 03A3346
Green Haven Correctional Facility
P.O. Box 4000
Stormville, New York 12582-0010

August 22, 2008

RECEIVED
AUG 2 2008
CHAMBERS OF
HENRY PITMAN
U.S.M.J.

Honorable Henry Pitman
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-08

Re: <u>Farrell v. Ercole</u>
    07-Civ-8073 (LAP)(HBP)

Your Honor;

   As directed by your order, dated February 21, 2008, I write briefly to advise the court that as of August 15, 2008, the New York State Court of Appeals, Judge Eugene F. Pigott, Jr., denied my leave application, pursuant to CPL 460.20, which addressed all issue presented to the Appellate Division in my writ of error coram nobis.

   That decision now concludes all available remedies in state court, and I now wish to amend my habeas petition to include all the meritorious issues which will be presented to the court during my habeas corpus proceeding. I plan on having the amended petition filed with the court within 45 days of the date of this letter. If for any reason I am unable to file the amended petition within 45 days, I will promptly advise the court of the reasons why.

Very truly yours,

*Dennis Farrell*
Dennis Farrell

~~Plaintiff~~
Petitioner may move to amend his petition no later than 10-17-08

**SO ORDERED**

*Henry Pitman*
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
9-2-08